**2001–2134.  In re Hockstok.**
Licking App. No. 01CA40, 2001-Ohio-1680. Sua sponte, it is ordered that fn. 2 of *In re Hockstok*, 98 Ohio St.3d 238, 2002-Ohio-7208, 781 N.E.2d 971, be withdrawn.

**2002–1847.  Univ. of Cincinnati Med. Assoc., Inc. v. Zaino.**
Board of Tax Appeals, No. 99–A–1413. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before April 15, 2003.

**2002–1848.  Univ. of Cincinnati Med. Assoc., Inc. v. Zaino.**
Board of Tax Appeals, No. 99–A–1411. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before April 15, 2003.

**2002–1849.  Univ. of Cincinnati Med. Assoc., Inc. v. Zaino.**
Board of Tax Appeals, No. 99–A–1412. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before April 15, 2003.

**2003–0407.  Dull v. Lane.**
Marion App. No. 9–02–67. This cause was filed as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and therefore should proceed as a direct appeal pursuant to S.Ct.Prac.R. II(1)(A)(1).

IT IS ORDERED by the court that the Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Marion County and the parties shall proceed in accordance with S.Ct.Prac.R. VI.

## MISCELLANEOUS DISMISSALS

**2003–0278.  Hofle v. Gen. Motors Corp.**
Warren App. No. CA2002–06–062, 2002-Ohio-7152. This cause is pending before the court as a discretionary appeal. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.